THREE STAR HOSIERY v. ARROW NOVELTY CO., INC.

October 11, 1988.

Cross-petition for certification denied.

NEW JERSEY DIVISION OF YOUTH AND FAMILY
SERVICES v. P.C. AND J.C.

IN THE MATTER OF THE GUARDIANSHIP OF
J.H.C., A MINOR.

October 11, 1988.

Petition for certification denied.

RICHARD J. D'AGOSTINO v. JOHNSON & JOHNSON, ET AL.

October 11, 1988.

Petition for certification granted. (See 225 *N.J.Super.* 250)

IN THE MATTER OF THE TRUSTS UNDER ARTICLES FIFTH
AND SIXTH OF THE WILL OF EDWIN G. BRUNS, JR. v.
FOR THE BENEFIT OF MARGARET O. BRUNS.

October 11, 1988.

Petition for certification denied.